# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-02411-NYW

DREW MILLER,

    Plaintiff,

v.

INSTITUTE FOR DEFENSE ANALYSES, a Delaware Non-Profit Corporation

    Defendant.

## AFFIDAVIT OF BENJAMIN R. LINDORF

I, Benjamin R. Lindorf, being duly sworn upon oath, hereby depose and state as follow:

1. I am over the age of eighteen and fully competent to testify regarding the statements set forth in this Affidavit, which are based on my personal knowledge.

2. I am the general counsel for the Institute for Defense Analyses ("IDA").

3. In my capacity as general counsel for IDA, I authored a correspondence to the Department of Defense Inspector General ("DoD IG") dated February 24, 2017.

4. I provided the DoD IG with this letter in direct response to Drew Miller's threatened litigation, including his threat to file a lawsuit and his threat to file a complaint with the DoD IG, and to defend IDA from any such complaint filed by Dr. Miller with the DoD IG.

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
Benjamin R. Lindorf

STATE OF VIRGINIA    )
                     ) §
COUNTY OF _____  )

Subscribed and sworn to before me this  6  day of  April  , 2018. Witness my hand and official seal.

_____
Notary Public
Address: _____

_____

My Commission Expires: 9/30/20

[Notary seal: GRACE E. PORRAS, NOTARY PUBLIC, REG. #7680485, MY COMMISSION EXPIRES 09/30/20, COMMONWEALTH OF VIRGINIA]

4831-4524-6304, v. 1

2